# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

**NO. 03-01-00687-CR**
**NO. 03-01-00688-CR**
**NO. 03-01-00689-CR**
**NO. 03-01-00690-CR**

**Michael Badnarik, Appellant**

**v.**

**The State of Texas, Appellee**

**FROM THE COUNTY COURT AT LAW NO. 5 OF TRAVIS COUNTY**
**NOS. 578370, 578371, 578372 & 578373**
**HONORABLE GISELA D. TRIANA, JUDGE PRESIDING**

On appeal by trial de novo, the county court at law found appellant Michael Badnarik guilty of operating a passenger car on a public highway without a valid registration insignia,[1] operating a motor vehicle without a valid driver=s license,[2] failing to furnish evidence of financial responsibility,[3] and operating a motor vehicle without a valid inspection certificate.[4]  The court fined appellant $200 in each case.

Appellant represents himself on appeal, as he did at trial.  His brief on appeal was originally due February 25, 2002.  On appellant=s motion, the time for filing was extended to April 11, 2002.  When

---

[1]  Tex. Transp. Code Ann. ' 502.404 (West 1999).

[2]  Tex. Transp. Code Ann. ' 521.025 (West 1999).

[3]  Tex. Transp. Code Ann. ' 601.053 (West 1999).

[4]  Tex. Transp. Code Ann. ' 548.602 (West Supp. 2002).

no brief was filed and no further extension of time was requested, these appeals were set for submission on July 8, 2002. Appellant was notified of the date of submission and told that he could file a brief at any time before that date. No brief has been tendered for filing. *See* Tex. R. App. P. 38.8(b)(4) (consideration of appeal without briefs).

We have examined the records and find no fundamental error or other matter that should be considered in the interest of justice. The judgments of conviction in Travis County cause numbers 578370 (our cause number 03-01-687-CR), 578372 (our cause number 03-01-689-CR) and 578373 (our cause number 03-01-688-CR) are affirmed. The judgment of conviction in Travis County cause number 578371 (our cause number 03-01-690-CR) erroneously recites that appellant was convicted of Ano Texas registration.@ The judgment in that cause is modified to reflect a conviction for operating a motor vehicle without a valid inspection certificate and is affirmed as modified.

David Puryear, Justice

Before Justices Kidd, Patterson and Puryear

Affirmed in Cause Numbers 03-01-687-CR, 03-01-688-CR & 03-01-689-CR;
Modified and, as Modified, Affirmed in Cause Number 03-01-690-CR

Filed: July 26, 2002

Do Not Publish